TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6297
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Michael Joseph Hildenstab,<br><br>                    Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>                    Defendant. | Case No. 3:25-cv-00497-CSD<br><br>**Joint Request for 2 week Extension on Current Deadlines**<br><br>**(First Request)** |

Plaintiff, Michael Joseph Hildenstab, and Defendant, the United States, on behalf of its agency, the Federal Bureau of Investigation (FBI) ("United States"), submit this Joint Request for the two week extension of the current deadlines on this case.

The parties have spent the two months working together regarding Plaintiff's request for documents. There have been several meeting, including one with Plaintiff's expert and FBI Agency counsel. Based on these conversations, Defendant produced a large batch of documents to Plaintiff on June 12, 2026.

1

Based on Plaintiff's and his expert's schedules, they will need two weeks to review the documents. The parties agree that should no questions arise from that review, the case will be resolved.

Under Local Rule 26-3, "[a] motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must . . . be supported by a showing of good cause for the extension." *See also* Fed. R. Civ. P. 16(b)(4). The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The parties contend that the above facts establish good cause to help promote judicial economy and to help see if this case can be resolved without court intervention. Further, this is the first request for extension on this matter.

Based on this Court's prior scheduling order, ECF No. 25, the parties propose the following deadlines:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Filing of Administrative Record | June 19, 2026 | **July 6, 2026** |
| Defendant's Motion for Summary Judgment | July 20, 2026 | **August 3, 2026** |
| Plaintiff's Omnibus Response to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment | August 10, 2026 | **August 24, 2026** |
| Defendant's Omnibus Reply in Support of Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment | August 24, 2026 | **September 7, 2026** |

Respectfully submitted this 18th day of June 2026.

JEFF KUMP, PLLC

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Jeff Kump*
JEFF KUMP
Nevada Bar No. 13193
217 Idaho Street
Elko, NV 89801

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney

*Attorneys for the United States*

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
**UNITED STATES
MAGISTRATE JUDGE**

**DATED:** June 18, 2026

3