JEFFREY J. KUMP PLLC
Nevada Bar No. 5694
217 Idaho Street
Elko, Nevada 89801
(775)934-9219
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL JOSEPH HILDENSTAB,

Plaintiff,

vs.

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

CASE NO.: 3:25-cv-00497-CSD

ORDER GRANTING

**STIPULATION TO STAY FURTHER PROCEEDINGS PENDING RESOLUTION OF STATE COURT CRIMINAL MATTER**

Plaintiff Michael Joseph Hildenstab and Defendant United States on behalf of its agency, the Federal Bureau of Investigation (FBI) submit this stipulation to stay further proceedings pending resolution of state court criminal matter, *State of Nevada v. Michael Joseph Hildenstab*, Case No. DC-CR-22-143.

1. Plaintiff initiated this action pursuant to the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 701–706, and under *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951), seeking judicial review of the Federal Bureau of Investigation's ("FBI") withholding of certain Confidential Human Source ("CHS") records, operational logs, and related materials. Plaintiff contends that the requested records are critical exculpatory evidence directly relevant to his defense in an ongoing state criminal proceeding, *State of Nevada v. Michael Joseph Hildenstab*, Case No. DC-CR-22-143,

currently pending in the Fourth Judicial District Court of the State of Nevada, in and for the County of Elko.

2. On July 29th, 2026, the State of Nevada and Hildenstab reached an agreement conditioned upon the state court's review and approval. The state court matter is expected to reach final resolution within the next 90 days.

3. Plaintiff Hildenstab and Defendant United States on behalf of its agency, the Federal Bureau of Investigation (FBI) anticipate filing a stipulated voluntary dismissal under FRCP 41(a)(1)(A)(ii) of this federal APA action once the state court matter is resolved.

4. Because the state court's forthcoming ruling will determine whether this federal action remains necessary, the parties agree that a temporary stay of all proceedings in this matter will conserve judicial resources.

5. The Parties agree that a temporary stay will promote orderly and efficient resolution of this action while the state criminal matter proceeds. The requested stay is a case-management measure under the Court's inherent authority to control its docket. See *Landis v. North American Co.*, 299 U.S. 248, 254–55 (1936); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

**TERMS OF THE STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED by and between the parties, subject to the approval of the Court:

1. All deadlines and proceedings in this matter, Case No. 3:25-cv-00497-CSD, are hereby **STAYED** pending the final disposition (entry of judgment) of the state criminal case, *State of Nevada v. Michael Joseph Hildenstab*, Case No. DC-CR-22-143.
2. Within **ten (10) days** following the final resolution of Case No. DC-CR-22-143 in the state court, the parties shall file a Stipulation for Voluntary Dismissal under FRCP

41(a)(1)(A)(ii) or Joint Status Report notifying this Court of the state court outcome and proposing a revised schedule for the submission of the Certified Administrative Record and any subsequent cross-motions for summary judgment, if necessary.

3. Either party may move to lift the stay upon a showing of good cause or substantial change in circumstances in the underlying state proceedings.

Respectfully submitted this 4th day of August, 2026.

JEFF KUMP, PLLC

*/s/ Jeff Kump*
JEFF KUMP
Nevada Bar No. 13193
217 Idaho Street
Elko, NV 89801
*Attorneys for Plaintiff*

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 4, 2026