JEFFREY J. KUMP PLLC
Nevada Bar No. 5694
217 Idaho Street
Elko, Nevada 89801
(775)934-9219
Kump.jjk@gmail.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT

MICHAEL JOSEPH HILDENSTAB,
Plaintiff,

vs.

UNITED STATES,
Defendant.

Case No.: 3:25-cv-00497-CSD

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Fed. R. Civ. P. 41(a)(1)(A)(ii)

Plaintiff Michael Joseph Hildenstab and Defendant United States of America, on behalf of its agency, the Federal Bureau of Investigation, by and through their respective counsel, stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

The above-captioned action is voluntarily dismissed in its entirety WITHOUT PREJUDICE. Each party shall bear its own attorney's fees and costs incurred in this action.

This stipulation is signed by all parties who have appeared and is effective upon filing. The parties submit the accompanying proposed order to memorialize the dismissal and direct closure of the case.

//

//

//

//

//

Respectfully submitted this 24th day of November 2026.

JEFF KUMP, PLLC
217 Idaho Street
Elko, Nevada 89801

/s/ Jeff Kump
Jeffrey J. Kump, Nevada Bar No. 5694
Attorney for MICHAEL HILDENSTAB

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M Claus*
NATHAN M. CLAUS
Assistant United States Attorney
Attorney for the UNITED STATES

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 24, 2026